**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00374-LTB

PAUL A . MITCHELL,

    Plaintiff,

v.

KAREN McGOVERN, (In Individual Capacity as Current Program Director of the
    Colorado Medical Board), and
CHERYL HARA (In Individual Capacity as Former Program Director of the Colorado
    Medical Board),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Magistrate Judge Gallagher to Certify Order" (ECF No. 21) is DENIED.

Dated:  August 4, 2015